IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARYL IAN EVANS,

    Defendant.

:
:   Case No.   3:18cr111
:
:   JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY GRANTING DEFENDANT LIMITED FURLOUGH TO ATTEND TO CERTAIN PERSONAL MATTERS BEFORE SURRENDERING TO UNITED STATES MARSHALS TO BEGIN SERVING OF SENTENCE

---

The Defendant has been sentenced to a term of five years in the custody of the Attorney General of the United States, the Bureau of Prisons.

Prior to being transported to his designated institution, it is the order of the Court that Defendant receive a "furlough" of ten calendar days, during which he would reside with his mother, Jackie Evans, 2065 Auburn Avenue, Dayton, Ohio, telephone number 937-540-5744. He is to be on both electronic home monitoring (when at the residence set forth above) and GPS surveillance when outside of same.

The release is for two purposes only. <u>First</u>, he is to make whatever arrangements are necessary for the property he possesses, with his property manager, to the extent possible within the residence at 2065 Auburn Avenue. <u>Second</u>, he is to be allowed to visit with the mother of his child and his newborn child at the above address of his mother.

Not later than 4:00 p.m. on the tenth calendar day subsequent to his release on "furlough" he is to surrender himself to the United States Marshals Service so that he can be transported to his designated institution and begin his serving of his sentence.

May 24, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
U.S. Marshals Service
U.S. Pretrial Services